UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00030

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARK VALLARDES,

    Defendant.
_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    This case has been transferred to Judge Wiley Y. Daniel.  Accordingly, the motions hearing currently scheduled for May 4, 2007, at 10:30 a.m. is **VACATED**.  A status conference is scheduled on **Thursday, May 3, 2007, at 10:00 a.m. in courtroom A-1002**.  The parties shall file a Status Report on or before **April 27, 2007**.

Dated:  March 22, 2007